# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Troy L. McFarlane,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                3:07-cv-208

USA

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2007 Order.

**Signed: June 12, 2007**

Frank G. Johns, Clerk
United States District Court